

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00177-CV

**FRED WORLEY, III, INDEPENDENT**
**EXECUTOR OF THE ESTATE OF**
**CHARLES KERMIT FINLAY, DECEASED,**

                           **Appellants**

 **v.**

**BANK OF AMERICA, N.A.,**

                           **Appellee**


_____

### From the 414th District Court
### McLennan County, Texas
### Trial Court No. 2012-121-5

---

## MEMORANDUM OPINION

---

Appellant has filed an unopposed motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). It states that the parties have settled the dispute and requests that this appeal be dismissed.

Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

Appellant's motion to abate is dismissed as moot.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed February 19, 2015
[CV06]

